```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 12/10/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UMAR ALLI,

                Plaintiff,

             -against-                ORDER

CAPTAIN STEWARD-BOWDEN (1225),    11 Civ. 4952 (PKC)(KNF)
OFFICER VICTOR (14410), OFFICER ALCEUS
(18380), OFFICER DIXON (17963), OFFICER
ARKHURST (18507), HEALTH CARE
PROVIDER, PRISON HEALTH SERVICES,
KATHLEEN MULVEY,

                Defendants.
------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       Plaintiff Umar Alli ("Alli") has applied to the Court for an order, pursuant to 7 New York Compilation of Codes Rules and Regulations, Section 721.3, permitting him to use certified mail, at his discretion, to communicate with the defendants' counsel, who Alli alleges has "falsely represented" to the Court that Alli has not transmitted to him authorizations permitting Alli's medical records to be disclosed to the defendants. To avoid any controversy of like ilk, as the litigation continues, Alli's application is granted and he shall, at his discretion, transmit correspondence pertinent to this action to the defendants' counsel using certified mail.

Dated: New York, New York         SO ORDERED:
       December 10, 2012

                                                            /s/ Kevin Nathaniel Fox
Mailed copy to:                    KEVIN NATHANIEL FOX
                                     UNITED STATES MAGISTRATE JUDGE
Umar Alli