UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UMAR ALLI,   :

                Plaintiff,   :

         -against-   :   **ORDER**

CAPTAIN LISA STEWARD-BOWDEN (1225),   :   11 Civ. 4952 (PKC) (KNF)
SECURITY CAPTAIN B. BEHARRI (1603);
ADJUDICATION CAPTAIN JOSEPH CAPUTO   :
(481); WARDEN KATHLEEN MULVEY;
WARDEN ROSE ARGO; "JOHN DOE"   :
SUPERVISING WARDEN; "JOHN DOE"
DEPUTY WARDEN OF SECURITY OF G.R.V.C.,   :
COMMISSIONER OF THE NEW YORK CITY
DEPARTMENT OF CORRECTIONS DORA   :
SCHRIRO; "JOHN DOE" DEPARTMENT OF
CORRECTIONS CHIEF OF DEPARTMENT;   :
DEPARTMENT OF CORRECTIONS DEPUTY
COMMISSIONER "JOHN DOE"; CHAIR OF THE   :
BOARD OF CORRECTIONS HILDY J. SIMMONS;
VICE-CHAIR OF THE BOARD OF CORRECTIONS;   :
EXECUTIVE DIRECTOR OF THE BOARD OF
CORRECTIONS RICHARD T. WOLF; DEPUTY   :
EXECUTIVE OF THE BOARD OF CORRECTIONS
CATHY POTTER; DIRECTOR OF FIELD   :
OPERATION OF THE BOARD OF CORRECTIONS;
OFFICER DIXON (17963); OFFICER VICTOR   :
(14410); OFFICER ALCEUS (18380); OFFICER
ARKHURST (18507); OFFICER PHILLIPS (18518);   :
OFFICER VELEZ (11352); OFFICER ROHR (18104);
CAPTAIN DUNBAR (717); OFFICER B. BUNTON;   :
CORRECTIONAL HEALTH SERVICES CITY OF
NEW YORK,   :

                Defendants.   :
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      Inmate Umar Alli ("Alli"), proceeding pro se and in forma pauperis, brought this action for monetary damages pursuant to 42 U.S.C. §1983, alleging that, on May 5, 2011, he was assaulted by prison officials in his cell and in a mini-clinic, and he received inadequate medical treatment for his injuries, while he was incarcerated at the George R. Vierno Center, Rikers Island, New York. On

October 5, 2012, Alli filed his amended complaint naming certain "John Doe" defendants (Docket Entry No. 74).

Pursuant to Valentin v. Dinkins, 121 F.3d 72 (2d Cir. 1997), a pro se litigant is entitled to assistance from the district court in identifying a defendant. Id. at 75. The amended complaint supplies sufficient information to permit the City of New York to identify the "John Doe" defendants. Accordingly, it is ordered that the New York City Corporation Counsel, who is the attorney for and agent of the City of New York, ascertain the identities of the "John Doe" defendants and the addresses where these defendants may be served. The New York City Corporation Counsel shall provide this information to the plaintiff and the Court within thirty (30) days of the date of this order.

Thereafter, the plaintiff must file a Second Amended Complaint naming the "John Doe" defendants within thirty (30) days of receiving this information. The Second Amended Complaint shall replace the amended complaint filed on October 5, 2012 (Docket Entry No. 74). Once the plaintiff has filed his Second Amended Complaint, the Clerk of Court shall issue an Amended Summons and the Pro Se Office shall send to the plaintiff an amended Rule 4 service package. The plaintiff shall then have thirty (30) days from the date of the Amended Summons to serve the defendants.

The Clerk of Court shall serve a copy of this Order and the amended complaint (Docket Entry No. 74) on the New York City Corporation Counsel at the New York City Law Department, 100 Church Street, New York, New York 10007.

Dated: New York, New York
January 22, 2013

SO ORDERED:

Copy mailed to:

Umar Alli
Clerk of Court

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

2